# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 16-2511

———————————————————

United States of America

*Plaintiff - Appellee*

v.

Stephon Donte Williams

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: January 31, 2017
Filed: February 3, 2017
[Unpublished]

——————————

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Stephon Williams appeals the sentence the district court[1] imposed after he pleaded guilty to drug and money-laundering charges, pursuant to a plea agreement

———————————————————

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

containing an appeal waiver. His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the appeal waiver should not be enforced because the government breached the plea agreement, and challenging various aspects of Williams's sentence. Williams has filed a supplemental brief, raising the same arguments.

We conclude that the government did not breach the plea agreement, that the appeal waiver is enforceable, and that the appeal waiver applies to all of the sentencing issues raised in the briefs. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the waiver. Accordingly, we grant counsel's motion to withdraw, and we dismiss this appeal.

_____